UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NESTLÉ USA, INC. AND SOCIÉTÉ DES PRODUITS NESTLÉ S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> ULTRA DISTRIBUCIONES MUNDIALES S.A. DE C.V. AND ULTRA INTERNATIONAL DISTRIBUTORS, INC., <br><br> Defendants. | Civil Action No.: 5:20-cv-000384 <br><br> JURY TRIAL DEMANDED |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to Local Rule CV-88 and the Court's Scheduling Order (Dkt. # 32), Plaintiffs Nestlé USA, Inc. and Société des Produits Nestlé S.A., along with Defendants Ultra Distribuciones Mundiales, S.A. de C.V and Ultra International Distributors, Inc. (collectively, "the Parties"), file this Joint Report on Alternative Dispute Resolution as follows:

**1. Status of Settlement Negotiation**

Pursuant to the Court's Scheduling Order, Plaintiffs extended a written offer of settlement to Defendants on September 14, 2020. Defendants shall respond in writing by September 28, 2020. The Parties have not otherwise engaged in settlement negotiations.

**2. Identity of the Persons Responsible for Settlement Negotiations**

Plaintiffs' counsel and attorney of record, Adam Hudes, is authorized to enter into settlement negotiations for Plaintiffs. Defendants' counsel and attorney of record, Daniel Pulecio-Boek, is authorized to enter into settlement negotiations for Defendants.

### 3. Whether Alternative Dispute Resolution is Appropriate in this Case

The Parties have conferred and do not believe that alternative dispute resolution is appropriate at this time. The Parties will consider whether mediation is appropriate as discovery continues in this case.

Dated: September 14, 2020

/s/ Charles Kelley
Charles Kelley
Texas Bar No. 11199580
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 238-2634
Mobile (281) 300-5455
Fax: (713) 238-4634
Email: ckelley@mayerbrown.com

Adam Hudes
District of Columbia Bar No. 495188
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Fax: (202) 263-3300
Email: ahudes@mayerbrown.com

Dale Giali
California State Bar No. 150382
MAYER BROWN LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-9500
Fax: (213) 625-0248
Email: dgiali@mayerbrown.com

**Attorneys for Plaintiffs Nestlé USA, Inc. and Société des Produits Nestlé S.A.**

/s/ Mary-Olga Lovett
Mary-Olga Lovett
Texas State Bar No. 00789289
Lovettm@gtlaw.com
Angeles Cassin
State Bar No. 24087561
Cassina@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1700
Houston, Texas 77002
Telephone: 713.374.3500
Facsimile: 713.374.3505

**Attorneys for Defendants Ultra Distribuciones Mundiales, S.A. de C.V and Ultra International Distributors, Inc.**

**CERTIFICATE OF SERVICE**

      This is to certify that on this 14 day of September 2020, a true and correct copy of the above and foregoing instrument was forwarded via ECF to all parties of record.

                                                */s/ Charles S. Kelley*
                                                Charles Kelley