|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>January 30, 2024<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____NM_____<br>DEPUTY |

**NESTLE USA, INC. and SOCIETE DES PRODUITS NESTLE S.A.,**

      **Plaintiffs,**

v.

**ULTRA DISTRIBUCIONES MUNDIALES S.A. DE C.V. and ULTRA INTERNATIONAL DISTRIBUTORS', INC.,**

      **Defendants.**

CIVIL NO. SA-20-CV-00384-OLG

## ORDER FOR DISMISSAL PAPERS

On January 30, 2024, the Court was advised that the parties have reached a settlement in this matter. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby

**ORDERED** that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday, March 15, 2024** . If the parties are unable to submit those documents by that date, they may move for an extension of time to file the documents. Failure to so move may result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are **DENIED**, subject to re-urging should settlement fail.

4) The pretrial conference and trial settings are canceled.

5) No extensions of the above deadline shall be granted except upon a showing of good cause.

6)  The Court hereby administratively **CLOSES** this case pending the filing of dismissal papers. If the parties wish to reopen this case, they may do so by filing a motion to that effect.

It is so **ORDERED.**

**SIGNED** this 30th day of January, 2024.

                                            ORLANDO L. GARCIA
                                            United States District Judge