UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NESTLÉ USA, INC. AND SOCIÉTÉ DES PRODUITS NESTLÉ S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> ULTRA DISTRIBUCIONES MUNDIALES S.A. DE C.V. AND ULTRA INTERNATIONAL DISTRIBUTORS, INC., <br><br> Defendants. | Civil Action No.: 5:20-cv-00384-OLG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice.

Dismissal in this matter is entered in accordance with, and incorporates by reference the terms of (a) the Settlement Agreement in Principle entered into by the parties with an effective date of January 29, 2024, and (b) the Settlement Agreement entered into by the parties on April 12, 2024.

The Court shall retain exclusive and continuing jurisdiction over the parties for enforcing the terms of the Settlement Agreement.

1

Dated: April 17, 2024

| MAYER BROWN LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By: */s/ Kathryne M. Gray* <br> Kathryne M. Gray <br> Texas Bar No. 24087617 <br> MAYER BROWN LLP <br> 700 Louisiana Street, Suite 3400 <br> Houston, Texas 77002 <br> Telephone: (713) 238-2634 <br> Mobile: (281) 300-5455 <br> Fax: (713) 238-4634 <br> Email: kgray@mayerbrown.com <br><br> Carmine R. Zarlenga (*pro hac vice*) <br> Ohio Bar No. 0003718 <br> Michael L. Lindinger (*pro hac vice*) <br> District of Columbia Bar No. 982228 <br> MAYER BROWN LLP <br> 1999 K Street, N.W. <br> Washington, D.C. 20006 <br> Telephone: (202) 263-3000 <br> Fax: (202) 263-3300 <br> Email: czarlenga@mayerbrown.com <br> mlindinger@mayerbrown.com <br><br> VINSON & ELKINS LLP <br> Adam Hudes (*pro hac vice*) <br> District of Columbia Bar No. 495188 <br> Stephen Cohen (*pro hac vice*) <br> District of Columbia Bar No. 1656437 <br> VINSON & ELKINS LLP <br> 2200 Pennsylvania Ave., NW <br> Suite 500-West <br> Washington, D.C. 20037 <br> Telephone: (202) 639-6632 <br> Fax: (202) 879-8822 <br> Email: ahudes@velaw.com <br> scohen@velaw.com <br><br> Corbin J. Cessna <br> Texas Bar No. 24120753 <br> VINSON & ELKINS LLP <br> 200 West 6th Street, Suite 2500 <br> Austin, TX 78701 <br> Telephone: (512) 542-8400 <br> Fax: (512) 542-8612 <br> Email: ccessna@velaw.com <br><br> **Attorneys for Plaintiffs Nestlé USA, Inc. and Société des Produits Nestlé S.A.** | By: */s/ Peter S. Wahby* <br> Peter S. Wahby <br> Texas Bar No. 24011171 <br> Email: peter.wahby@gtlaw.com <br> GREENBERG TRAURIG LLP <br> 2200 Ross Avenue <br> Suite 5200 <br> Telephone: 214.665.3662 <br> Fax: 214.665.3601 <br><br> Daniel Pulecio-Boek *(pro hac vice)* <br> District of Columbia Bar No. 1500514 <br> Email: pulecioboekd@gtlaw.com <br> GREENBERG TRAURIG LLP <br> 2101 L Street N.W., Suite 1000 <br> Washington, D.C. 20037 <br> Telephone: 202.331.3117 <br> Fax: 202.331.3101 <br><br> Carlos Andreu Collazo (*pro hac vice*) <br> USDC PR Bar No. 307214 <br> Email: carlos.andreu@gtlaw.com <br> GREENBERG TRAURIG P.A. <br> 333 S.E. 2nd Avenue, Suite 4400 <br> Telephone: 305.579.0649 <br> Fax: 305.579.0717 <br><br> **Attorneys for Defendants Ultra Distribuciones Mundiales, S.A. de C.V and Ultra International Distributors, Inc.** |

**CERTIFICATE OF CONFERENCE**

I certify that prior to filing, counsel for the parties conferred and agreed regarding the substance of this motion.

/s/ *Kathryne M. Gray*

KATHRYNE M. GRAY

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of April, 2024, a true and correct copy of the above and foregoing instrument was forwarded via ECF to all parties of record.

/s/ *Kathryne M. Gray*

KATHRYNE M. GRAY